*Henry Sherman and wife* v. *Michael Burnham et al.* H. SHERMAN, for complainants; J. RHOADES, for defendants. Application for a retaxation of costs. The sum of $19,16 directed to be added to the amount of the taxed bill : making the whole $84,40 ; without costs to either party upon this application.

*John Casilear and Isaac Smith* v. *Isaac H. Simons et al.* S. STEVENS, for appellants; B. G. HITCHINGS, for respondents. Decree appealed from, affirmed with costs.

*John Casilear and J. Field* v. *Nelson H. Simons et al.* S. STEVENS, for appellants; B. G. HITCHINGS, for respondents. Decree appealed from, affirmed with costs.